UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EVERETT PELLUM,<br><br>    Plaintiff,<br><br>  v.<br><br>PALM EMBROIDERY,<br><br>    Defendant. | 1:09-cv-654-LJO-SMS<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE IN WRITING WITHIN TWENTY DAYS OF SERVICE OF THIS ORDER WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PAY THE FILING FEE OR TO FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS (DOCS. 2, 3) |

Plaintiff is proceeding pro se with an action for damages and other relief on a complaint filed on April 13, 2009. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On April 28, 2009, the Court issued an order directing Plaintiff to file a completed application to proceed in forma pauperis within twenty days, and an application and the order were served by mail on Plaintiff at the address stated in the docket.

Over twenty days have passed, but Plaintiff has failed to file a completed application to proceed in forma pauperis or to pay the $350.00 filing fee.

1

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

Accordingly, it is HEREBY ORDERED that:

1. Within twenty (20) days of the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to pay the filing fee or to submit a completed application to proceed in forma pauperis; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; if Plaintiff has any reasons why this action should not be dismissed, Plaintiff shall submit them by sworn declaration of facts which shall include (A) an explanation of the lack of activity in this case, and (B) a list each specific step Plaintiff plans to take to comply with the Court's orders and to prosecute this case, to which Plaintiff may append a supporting memorandum of law; and

2. Plaintiff is informed that the failure to respond to this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   May 21, 2009**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE